IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS EUGENE MOORE,

     Plaintiff,                    No. CIV S-04-1895 MCE EFB PS

     vs.

THE AMERICAN TOBACCO COMPANY, et al.,

     Defendants.                <u>ORDER</u>

                             /

        On August 24, 2006, plaintiff filed a "Declaration" requesting an extension of time to file objections to the Findings and Recommendations issued by Magistrate Judge Gregory H. Hollows on August 14, 2006, in the above-captioned case. After those Findings and Recommendations issued, this case was re-assigned to the undersigned for all further proceedings, including the request now before the court.

        Plaintiff was given ten days to file objections to the Findings and Recommendations but failed to do so. Plaintiff now requests an extension of time until September 14, 2006, to file his objections. He explains that he was unable to file the objections within the ten-day time period because he is incarcerated and that he had limited access to the law library at the time he received the Findings and Recommendations on August 18, 2006. He

1

explains that law library access is often limited and that because of this he will need additional time to research and complete his objections.

Good cause appearing, the court hereby grants plaintiff's request for an extension of time to file objections to the Findings and Recommendations.

Accordingly, it is hereby ORDERED that:

1. Plaintiff shall file objections to the Findings and Recommendations no later than September 14, 2006; and,

2. No further extensions shall be granted.

DATED: September 7, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

EFB:mb
Moore1895.eot