1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   THOMAS EUGENE MOORE,                    No. 2:04-cv-1895-MCE-EFB-PS

12          Plaintiff,

13      v.                                    ORDER

14   THE AMERICAN TOBACCO COMPANY,
     INC.; PHILLIP MORRIS INCORPORATED;
15   R.J. REYNOLDS TOBACCO COMPANY;
     BROWN & WILLIAMSON TOBACCO
16   CORPORATION; BRITISH AMERICAN
     TOBACCO CO., LTD.; LIGGET GROUP,
17   INC.; LIGGET & MYERS, INC.; THE
     COUNCIL FOR TOBACCO
18   RESEARCH-U.S.A., INC.; THE TOBACCO
     INSTITUTE, INC.; and LORILLARD
19   TOBACCO COMPANY,

20          Defendants.
     _____/
21

22          On August 14, 2006, the magistrate judge filed findings and recommendations herein

23   which were served on the parties and which contained notice that any objections to the findings

24   and recommendations were to be filed within ten days.  Plaintiff filed late objections on

25   September 20, 2006, and they were considered by the undersigned.

26   ///

                                         1

1    This court reviews de novo those portions of the proposed findings of fact to which

2    objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore

3    Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  As

4    to any portion of the proposed findings of fact to which no objection has been made, the court

5    assumes its correctness and decides the motions on the applicable law.  See Orand v. U.S., 602

6    F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

7    reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

8    1983).

9    The court has reviewed the applicable legal standards and, good cause appearing,

10   concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

11   Accordingly, IT IS ORDERED that:

12   1.  The proposed Findings and Recommendations filed August 15, 2004, are ADOPTED;

13   2. Defendant's September 15, 2004 motion to dismiss is granted; and

14   3.  Defendant Brown & Williamson is dismissed from this action pursuant to Fed. R. Civ.

15   P. 12(b)(5) for insufficiency of service of process.

16   DATED:  September 27, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE