IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EUGENE MOORE, | No. 2:04-cv-1895 MCE EFB PS |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| THE AMERICAN TOBACCO COMPANY, INC., et al., | |
| Defendants. | |
| _____/ | |

On September 29, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. On December 11, 2006, after being granted an extension of time, plaintiff filed objections, and they were considered by the undersigned.

This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law.

1

See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full. Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed September 29, 2006, are ADOPTED;

2. The remaining defendants are dismissed from this action without prejudice; and

3. The Clerk is directed to close the case.

DATED: December 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE