IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS EUGENE MOORE,

      Plaintiff,                         No. CIV S-04-1895 MCE EFB PS

  vs.

THE AMERICAN TOBACCO
COMPANY, INC., et al.,

      Defendants.                  <u>ORDER</u>
_____/

      On November 9, 2006, plaintiff filed a document that he describes as a "motion for extension of time to file an application for *in forma pauperis* relief and status on appeal." The essence of the document is that plaintiff wants more time to file an application for leave to proceed *in forma pauperis* with his appeal from the order entered on September 28, 2006. That order dismissed defendant Brown & Williamson Holding, Inc. pursuant to Fed. R. Civ. P. 12(b)(5). Plaintiff filed his notice of appeal as to that order on October 30, 2006. In that notice, plaintiff mistakenly claims that this court "has previously granted *in forma pauperis* status to plaintiff in this case." In fact, plaintiff never submitted such an application. He originally filed this action in state court and it was removed to federal court on September 10, 2004. After removal, plaintiff did not submit an application to proceed *in forma pauperis*. It appears plaintiff now realizes this, given his recent request for more time to file an application to proceed *in*

1

1 | *forma pauperis* on appeal.

2 |        The Federal Rules of Appellate Procedure provide as follows:

> [A] party . . .who desires to appeal *in forma pauperis* must file a motion in the district court. The party must attach an affidavit that: (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and cots; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal.

8 | Fed. R. App. P. 24(a)(1).

9 |        The court hereby grants plaintiff's request for additional time to file this application. Plaintiff shall be given thirty days from the date of this order to file an application to appeal *in forma pauperis*. No further extensions of time shall be granted. A failure to timely file the application will result in a denial of plaintiff's request to proceed *in forma pauperis* with appeal.

       IT IS SO ORDERED.

DATED: December 20, 2006.

                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE