IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EUGENE MOORE, | No. 2:04-cv-1895-MCE-EFB-PS |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| THE AMERICAN TOBACCO COMPANY, INC., et al., | |
| Defendants. / | |

Plaintiff, proceeding in this action pro se, seeks leave to proceed <u>in forma pauperis</u> on appeal. Judgment was entered in this action on December 20, 2006.

Rule 24(a)(1) of the Federal Rules of Appellate Procedure provides that a party desiring to proceed <u>in forma pauperis</u> on appeal must file a motion with the district court. The party must attach to the motion an affidavit that: (1) shows the party's inability to pay or give security for fees and costs, (2) claims an entitlement to redress, and (3) states the issues that the party intends to present on appeal. Fed. R. App. P. 24(a)(1).

/////

/////

/////

1

1  Plaintiff has complied with these requirements. Accordingly, plaintiff's motion to
2  proceed in forma pauperis on appeal is granted. The Clerk is directed to serve a copy of this
3  order on the Clerk, U.S. Court of Appeals for the Ninth Circuit.

Dated: February 16, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE